**Order entered February 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01558-CV

## IN THE INTEREST OF A.S., A Child

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-54376-2014**

## ORDER

On February 12, 2015, this Court ordered appellant to provide the Court in writing with information regarding the reporter's record. We have received correspondence from appellant that she did not request the reporter's record and court reporter Indu Bailey informed her no record was made. Accordingly, the appeal will be submitted on the clerk's record alone.

Appellant's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by first-class mail, to Nora Zarate and Jose Suarez.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to Stephen Strickler.

/s/ ELIZABETH LANG-MIERS
JUSTICE